**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STACEY GARCIA**<br><br>Plaintiff,<br><br>v.<br><br>**ATLANTIC RECOVERY SOLUTIONS, LLC**<br><br>Defendant. | No. 1:24-cv-00593-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 6) |

On January 16, 2025, Plaintiff filed a "Notice of Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed, with Plaintiff's individual claims against Defendants being dismissed with prejudice and the claims of the putative class members being dismissed without prejudice. (Doc. 6.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter as to Plaintiff's individual claims against Defendants with prejudice and the claims of the putative class members without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **January 17, 2025**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE